IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DAVID VICE, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br>v.<br><br>QUALITY HUTS, LLC, QUALITY HUTS EAST, LLC, QUALITY HUTS INDIANAPOLIS, LLC, QUALITY HUTS MID ATLANTIC, LLC, QUALITY HUTS MIDWEST, LLC,<br><br>Defendants. | Case No. 3:22-cv-00374-DRL-MGG<br><br>Collective Action Complaint<br><br>Jury Demanded |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, DAVID VICE, individually and on behalf of similarly situated persons, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby files this notice of voluntary dismissal of the above-styled cause without prejudice as to all Defendants to pursue this matter in arbitration.

Respectfully submitted this 28th day of July, 2022.

/s/ C. RYAN MORGAN
C. Ryan Morgan, Esq. *(pro hac vice)*
FBN 0015527
Jolie N. Pavlos, Esq. *(pro hac vice)*
FBN 0125571
Morgan & Morgan, P.A.
20 N. Orange Ave., 15th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:   (407) 420-1414
Facsimile:    (407) 245-3401

1

       Email:  RMorgan@forthepeople.com
            JPavlos@forthepeople.com

J. Corey Asay, Esq.
KY Bar No.: 98665
MORGAN & MORGAN, P.A.
333 W. Vine Street, Suite 1200
Lexington, KY 40507
T: (859) 286-8368
F: (859) 286-8384
E: CAsay@forthepeople.com
*Local Counsel*

*Counsel for the Plaintiff(s)*

## CERTIFICATE OF SERVICE

 I hereby certify that on July 28, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

        **/s/ C. RYAN MORGAN**
        C. Ryan Morgan, Esq. *(pro hac vice)*